UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| JODY JOHNSON,<br><br>              Petitioner,<br><br>v.<br><br>TIMOTHY WENGLER, Warden, ICC,<br><br>              Respondent. | Case No. 1:11-cv-00171-EJL<br><br>**JUDGMENT** |

Based on the Court's Memorandum Decision and Order filed herewith, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this cause of action is DISMISSED with prejudice.

DATED: **September 26, 2012**

*[signature]*

~~Honor~~able Edward J. Lodge
U. S. District Judge

**JUDGMENT - 1**